METROPOLITAN LIFE INSURANCE COMPANY, Landlord, Appellant, *v.* HERMAN GREENBERG et al., Tenants, Respondents.

Supreme Court, Appellate Term, First Department, June 1, 1945.

*Meyer W. Greenwald* for appellant.

*Herman Greenberg* and *Sylvia Greenberg,* respondents in person.

MEMORANDUM *Per Curiam.* The landlord established by uncontradicted testimony that the tenants were guilty of twenty-five violations of the regulations adopted by it. These regulations were fair and reasonable and notice thereof was given to all the tenants. Their continued violation constituted a nuisance justifying removal proceedings by the landlord.

The final order and judgment should be reversed, with $30 costs, and final order directed for landlord as prayed for in petition, with costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.

Order and judgment reversed, etc.